# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONTAYNE GAIL TAWATARI-TSUNETA,<br><br>Plaintiff,<br><br>v.<br><br>CVS RX SERVICES, INC.; CVS PHARMACY, INC.,<br><br>Defendants. | Case No. 8:22-cv-02251-AH-(JDEx)<br><br>**FINAL JUDGMENT  [JS-6]** |

1    The Court, having considered the papers and all other matters presented and
2    accepted by the Court, GRANTED Defendants CVS RX Services, Inc.'s and CVS
3    Pharmacy, Inc.'s ("Defendants") Motion for Summary Judgment based on its finding
4    that were no triable issues of material fact as to the causes of action alleged by
5    Plaintiff Fontayne Gail Tawatari-Tsuenta ("Plaintiff") against Defendants, as outlined
6    in the Court's Order.
7         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:
8         1. Defendants' Motion for Summary Judgment is GRANTED.
9         2. Plaintiff shall take nothing on its Complaint against Defendants.
10        3. Judgment is hereby entered in favor of Defendants and against Plaintiff.
11   This is a final judgment.

Dated:  March 6, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

2